United States District Court
District of Massachusetts
(Boston - Division)

| | |
|---|---|
| United States of America, | No: 04-CV-_____ |
| Plaintiff, | Ref No: 02-CR-10233(WGY) |
| v. | |
| James M. Foley, | Motion |
| Defendant/Movant. | CA 04-11048 WGY |

Request For Appointment Of Counsel
For Preparation Of Memorandum Of Law
In Support of 28 U.S.C. § 2255 Motion

Now Comes, James M. Foley defendant-movant pro per and without the benefit of counsel, and hereby moves this Honorable Court to appoint counsel at its discretion to assist movant by preparing Memorandum of Law in support of accompanying motion in accordance with §2255 of Title 28 U.S.C., and hereby states the following:

## II

Movant, is presently serving his 151-month term of imprisonment imposed in the above captioned criminal matter for violation of Title 18 U.S.C. § 2113(a) - (Bank Robbery).

This is movant's first and timely petition-motion in accordance with § 2255.

Movant is mentally and emotionally incapable of presenting formal argument(s) and memorandum of law in support of said motion.

As the Court may recollect, by surely the record reflects, movant has and continues to suffer from mental illness, emotional and physical problems which render him incapable of making any comprehensive form of argument(s) in intelligible fashion or prepare a formal memorandum of law supporting said argument-grounds, and in fact, movant had to seek assistance from another inmate to prepare the appropriate forms, as well, as this motion.

III

Whereas as a matter of fact and equity, movant should not be adversely positioned in his last-bite at the apple to correct counsel's errors in the form of his §2255 motion 'cause he is mentally, emotionally and physically ill.

Wherefore, movant prays that this Honorable Court appoint counsel in its discretion to assist movant; and any/all other relief that the Court deem meet, just & proper.

Respectfully submitted:

Dated: Ayer, Ma.
May 11, 2004

James M Foley
Defendant-Movant.