SCANNED
DATE: 1-4-05
BY: [signature]

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| James Foley<br>Petitioner-Appellant,<br><br>vs.<br><br>United States of America,<br>Respondent-Appellee | )<br>)<br>)<br>) No. 1:04-CV-11048-WGY<br>)<br>)<br>)<br>) |

### PETITIONER'S PRO SE NOTICE OF APPEAL OF THE DENIAL OF HIS APPLICATION PURSUANT TO 28 U.S.C. §2255 AND MOTION TO PROCEED IN FORMA PAUPERIS UPON APPEAL

**NOW COMES JAMES FOLEY**, proceeding pro se in want of counsel in the above styled action and numbered cause, to be referred herein after as "Petitioner", to respectfully move this Honorable Court with his Notice of Appeal of the District Court's denial of relief pursuant to 28 U.S.C. §2255, and the December 7, 2004 denial of the request for a certificate of appealability, and motion to proceed In Forma Pauperis upon appeal. In support of this notice of appeal and attached affidavit, Petitioner submits the following:

### PROCEDURAL BACKGROUND

Petitioner had expressly requested his counsel of record to file a direct appeal of his sentence, and counsel assured Petitioner that he would. After numerous attempts to obtain the status of his requested appeal went ignored by counsel, Petitioner was compelled to preserve and protect himself from being procedurally barred and asked another inmate to write up the issues that counsel asserted he would address in the anticipated appeal.

On or about May 11, 2004, Petitioner filed a hand-written application under 28 U.S.C. §2255 to vacate, set aside, or

correct the conviction and/or sentence. Petitioner is not learned in the law, and therefore attached a handwritten motion requesting the appointment of counsel for the preparation of a memorandum of law in support of the 28 U.S.C. §2255 motion. Petitioner was not able to fully develop the issues he wished to present, and the inmate that assisted him in preserving his time in which to file a timely petition under the provisions of the AEDPA was not legally competent to fully determine and present viable issues for collateral review.

On or about June 3, 2004, Petitioner received a handwritten order from the District Court, that was written on a front-page copy of the filed and date stamped original application mailed by first-class prepaid mail. The court dismissed the petition **sua sponte** without compelling a responsive pleading from the government.

On or about June 16, 2004, with the aid of a "next friend" Petitioner filed in, and to the District Court, a timely motion for reconsideration and specific memorandum of law in support of the petition filed pursuant to 28 U.S.C. §2255. The most compelling of the three arguments addressed in the motion for reconsideration was the fact that counsel of record failed to file a direct appeal at the expressed request of Petitioner. The additional arguments raised constitutional concerns as well.

After not hearing from the court regarding his motion for reconsideration, Petitioner filed a letter on or about August 14, 2004, attempting to obtain a status of his recent pleading.

On or about October 25, 2004, Petitioner wrote a request to the institutional staff addressed to his unit team and the

(3)

prison mail room inquiring whether "any legal mail from the U.S. District Court...was logged in... and addressed to me between the months of July 1, 2004 and October 25, 2004". (See attached "Inmate Request To Staff").

On or about November 2, 2004, Petitioner filed a motion requesting an "extension of time within which to file a notice of appeal and request for the grant of a certificate of appealability".

### RELIEF REQUESTED

Petitioner prays that he be granted the opportunity to present issues upon appeal that will affirmatively establish a substantial showing of the denial of a constitutionally protected right. Most importantly, his right to a requested direct appeal that is guaranteed by the Sixth Amendment of the Constitution also. Additionally, Petitioner prays that this most Honorable Court grant leave to prosecute the appeal or request for a certificate of appeal in the circuit court In Forma Pauperis, in the interest of justice.

Dated: 12/28/04

Respectfully submitted,

*James Foley*
James Foley, Pro Se
Reg. no. 24214-038
F.M.C. Devens, Box 879
Ayer, MA  01432

## CERTIFICATE OF SERVICE

I, James Foley, do hereby affirm and attest that I have mailed a copy of the notice of appeal and request to proceed upon appeal In Forma Pauperis to the Office of the U.S. Attorney at One Courthouse Way, Boston, MA 02210 on this 28th day of December 2004. Sworn and signed pursuant to Title 28 U.S.C. §1746.

L.S. /s/ James Foley
James Foley
Reg. no. 24214-038
F.M.C. Devens, Box 879
Ayer, MA 01432