UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cv-11048

James Foley

v.

United States of America

### CLERK'S CERTIFICATE

I, Tony Anastas, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 1/3/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on January 12, 2005.

Tony Anastas, Clerk of Court

By: *Jeanette Ramos*
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 1/12/05.

*Borchard*
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

[cv: apprec.] [cr: kapprec.]

APPEAL

# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:04-cv-11048-WGY

Foley v. United States  
Assigned to: Chief Judge William G. Young  
Cause: 28:2255 Motion to Vacate / Correct Illegal Sentenc

Date Filed: 05/12/2004  
Jury Demand: None  
Nature of Suit: 530 Habeas Corpus (General)  
Jurisdiction: Federal Question

**Petitioner**

**James M. Foley**        represented by   **James M. Foley**  
24214-038  
Fort Devens  
P.O. Box 879  
Ayer, MA 01432  
PRO SE

V.

**Respondent**

**United States**

| Date Filed | # | Docket Text |
|---|---|---|
| 05/12/2004 | 1 | MOTION to Vacate, Set Aside or Correct Sentence (2255), filed by James M. Foley.(Bell, Marie) (Entered: 05/25/2004) |
| 05/12/2004 | 2 | MOTION to Appoint Counsel by James M. Foley. (Petition and Motion received for docketing 5/25/04) (Bell, Marie) (Entered: 05/25/2004) |
| 06/01/2004 |  | Judge William G. Young : ELECTRONIC ORDER |

| | | |
|---|---|---|
| | | entered denying 2 Motion to Appoint Counsel. cc/cl. (Bell, Marie) (Entered: 06/01/2004) |
| 06/01/2004 | | Judge William G. Young : ELECTRONIC ORDER entered re 1 Motion to Vacate/Set Aside/Correct Sentence (2255) filed by James M. Foley. PETITION DISMISSED SUA SPONTE. THIS COURT CANNOT ENTERTAIN THE DESCRIBED COLLATERAL ATTACKS UPON THE STATE COURT CONVICTIONS AND THE CLAIM OF INEFFECTIVE ASSISTANCE FAILS FOR LACK OF SHOWING OF PREJUDICE. I WOULD NOT HAVE DEPARTED DOWNWARD EVEN HAD FORMAL PETITION BEEN MADE - IF FOR NO OTHER REASON. cc/cl.(Bell, Marie) (Entered: 06/01/2004) |
| 06/01/2004 | | Civil Case Terminated. (Bell, Marie) (Entered: 06/01/2004) |
| 06/29/2004 | 3 | MOTION for Reconsideration re Order entered June 1, 2004, by James M. Foley.(Smith, Bonnie) (Entered: 06/29/2004) |
| 07/01/2004 | | Judge William G. Young : ELECTRONIC ORDER entered denying 3 Motion for Reconsideration re 6/1/04 Order dismissing 2255 Petition. cc/cl. (Bell, Marie) (Entered: 07/07/2004) |
| 12/02/2004 | 4 | MOTION for Extension of Time to File Notice of Appeal and MOTION for Certificate of Appealability by James M. Foley.c/s.(Bell, Marie) (Entered: 12/02/2004) |
| 12/03/2004 | | Judge William G. Young : ELECTRONIC ORDER entered granting 4 Motion for Extension of Time to File Notice of Appeal. THE PETITIONER SHALL HAVE UNTIL JANUARY 3, 2005 TO FILE A NOTICE OF APPEAL. The 4 Motion for Certificate of Appealability is DENIED AS ANY SUCH |



|  |  |  |
|---|---|---|
|  |  | APPEAL WOULD BE FRIVOLOUS. cc/cl. (Bell, Marie) (Entered: 12/07/2004) |
| 01/03/2005 | 5 | MOTION for Leave to Appeal in forma pauperis by James M. Foley. c/s.(Bell, Marie) (Entered: 01/06/2005) |
| 01/03/2005 | 6 | NOTICE OF APPEAL as to Order Denying 2255, by James M. Foley. Reason fee is not required: forma pauperis. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 1/24/2005. cc/cl. (DOCUMENT #5 IS DUPLICATE OF THIS NOTICE-DOCUMENT #5 WAS ALSO FILED AS A MOTION TO PROCEED IN FORMA PAUPERIS). (Bell, Marie) (Entered: 01/11/2005) |
| 01/07/2005 |  | Judge William G. Young : ElectronicORDER entered granting 5 Motion for Leave to Appeal in forma pauperis. cc/cl. (Bell, Marie) (Entered: 01/11/2005) |